UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIONTAE UTEESE BRASSELL,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　Defendant. | CASE NO. C23-06153-KKE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, as well as the remaining record, and noting that no objection has been filed, hereby finds and ORDERS:

1. The Court adopts the Report and Recommendation;

2. The Petitioner's habeas corpus petition is dismissed without prejudice; and

3. The Clerk is directed to send copies of this order to the Petitioner.

Dated this 14th day of August, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1